CHRISTOPHER A. NEDEAU (SBN 81297)
CARL L. BLUMENSTEIN (SBN 124158)
JAMES A. NICKOVICH (SBN 244969)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com
jnickovich@nossaman.com

Attorneys for Defendants
AUO Optronics Corporation and
AUO Optronics Corporation America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates To:<br><br>*ABC Appliances, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-04119 SI<br><br>*AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-05781 SI<br><br>*Circuit City v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-05625 SI<br><br>*CompuCom Systems, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-06241 SI<br><br>*Electrograph Systems, Inc., et al. v. NEC Corporation, et al.*, Case No. 3:10-cv-00117 SI<br><br>*Interbond Corporation of America v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03763 SI<br><br>*JACO Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-02495 SI<br><br>*Marta Cooperative of America, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-04119 SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-00829 SI | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE PRESENTLY SCHEDULED FOR MARCH 7, 2013** |

*NECO Alliance, LLC v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-01426 SI

*Office Depot, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-02225 SI

*P.C. Richard & Son Long Island Corporation, et al., v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-04119 SI

*SB Liquidation Trust v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-05458 SI

*Sony Electronics, Inc. v. LG Display Co., Ltd.,* Case No. 3:10-cv-05616 SI

*Sony Electronics, Inc. v. AU Optronics Corporation, et al.*, Case No. 3:12-cv-01599 SI

*Sony Electronics, Inc. v. HannStarDisplay Corp.*, Case No. 3:12-cv-02214 SI

*State of Oregon, ex rel. John Kroger, Attorney General v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-04346 SI

*T-Mobile USA, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-02591 SI

*Tech Data Corporation and Tech Data Product Management, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:11-cv-05765 SI

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.,* Case No. 3:10-cv-03205 SI

*Schultze Agency Services, LLC on behalf of Tweeter OPCO, LLC and Tweeter Newco, LLC v. AU Optronics Corporation, et al.*, Case No. 3:11-cv-03856 SI

*ViewSonic Corporation v. AU Optronics Corporation, et al.,* Case No. 3:12-cv-00335 SI

The undersigned liaison counsel, on behalf of all plaintiffs and defendants in the above-referenced "Track 2" actions (collectively the "Track 2 parties"), hereby stipulate and agree as follows:

WHEREAS, a Case Management Conference is presently scheduled in the above-referenced cases on March 7, 2013;

**1** WHEREAS, pursuant to the Clerk's Notice, ECF No. 7587, another Case Management

**2** Conference in this Multi District Litigation is presently scheduled for March 15, 2013 at 3:00 p.m.;

**3** WHEREAS, the parties wish to minimize the expense and inconvenience of having counsel

**4** travel to and attend two separate conferences, and in accordance with the emailed request of the

**5** Clerk of Court;

**6** NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

**7** undersigned counsel, on behalf of all Track 2 plaintiffs and defendants and subject to the

**8** concurrence of the Court, that the Case Management Conference presently scheduled for March 7,

**9** 2013 shall be continued to March 15, 2013 at 3:00 p.m.

**10** Dated: March 1, 2013   NOSSAMAN LLP

**11**
    By: _____ */s/ Carl L. Blumenstein* _____
**12**    Carl L. Blumenstein
    Liaison Counsel for Defendants and Attorneys for
**13** Defendants AUO Optronics Corporation and
    AUO Optronics Corporation America

**14** Dated: March 1, 2013   CROWELL & MORING LLP

**15**
    By: _____ */s/ Jerome A. Murphy* _____
**16**    Jerome A. Murphy
    Liaison Counsel for Direct Action Plaintiffs and
**17** Attorneys for Plaintiffs Jaco Electronics, Inc. and
    ViewSonic Corporation
**18**

**19**

**20** **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that

**21** concurrence in the filing of this document has been obtained from each of the signatories.

**22** **IT IS SO ORDERED.**

**23** Dated: 3/1/13   _____ /s/ Susan Illston _____

**24**    The Honorable Susan Illston
    United States District Court Judge

**25**

**26**

**27**

**28** 276317_1.DOC   - 3 -   Case No. 3:07-MD-1827 SI
    STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE PRESENTLY
    SCHEDULED FOR MARCH 7, 2013