**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-2225-SI<br><br>*Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-3763-SI<br><br>*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-3856-SI<br><br>*P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-4119-SI<br><br>*Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-5765-SI<br><br>*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-5781-SI | Master File No. 3:07-md-01827-SI (N.D. Cal.)<br><br>MDL No. 1827<br><br>Case Nos. 3:11-cv-829-SI; 3:11-cv-2225-SI; 3:11-cv-3763-SI; 3:11-cv-3856-SI; 3:11-cv-4119-SI; 3:11-cv-5765-SI; 3:11-cv-5781-SI; 3:11-cv-6241-SI; 3:12-cv-1426-SI;<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUTOFF; TIME TO MEET AND CONFER AND/OR FILE MOTIONS TO COMPEL** |

| | |
|---|---|
| 1 | *CompuCom Systems, Inc. v. AU Optronics Corp.*, 3:11-cv-6241-SI |
| 2 | |
| 3 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-1426-SI |
| 4 | |

| | |
|---|---|
| 1 | Direct Action Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond |
| 2 | Corporation of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island |
| 3 | Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data |
| 4 | Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust, |
| 5 | by and through Kenneth A. Welt, Liquidating Trustee; CompuCom Systems, Inc.; and NECO |
| 6 | Alliance LLC (collectively, "Direct Action Plaintiffs"), and Defendants Chi Mei |
| 7 | Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. |
| 8 | (collectively "Chi Mei Defendants" and together with Direct Action Plaintiffs, the "Parties") |
| 9 | stipulate as follows: |
| 10 | WHEREAS the Parties have previously stipulated to, and the Court has approved, the |
| 11 | extension of dates set in the Court's Orders re Pretrial and Trial Schedule (MDL Dkt. No. |
| 12 | 7665) ("Track 2 Scheduling Stipulation"); |
| 13 | WHEREAS the Track 2 Scheduling Stipulation extended the close of fact discovery to |
| 14 | May 17, 2013; |
| 15 | WHEREAS on April 12, 2013 Direct Action Plaintiffs served their First Set of |
| 16 | Interrogatories and First Set of Requests for Admission to Chi Mei Defendants (the |
| 17 | "Discovery"); |
| 18 | WHEREAS Chi Mei Defendants served responses to the Discovery on May 16, 2013; |
| 19 | WHEREAS the Parties have endeavored to meet and confer regarding Chi Mei |
| 20 | Defendants' responses to the Discovery; |
| 21 | WHEREAS the Parties previously stipulated to extend the period to meet and confer |
| 22 | regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs |
| 23 | to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery |
| 24 | WHEREAS additional time is needed to meet and confer regarding Chi Mei |
| 25 | Defendants' responses to the Discovery; |
| 26 | NOW, THEREFORE, the Parties stipulate and agree as follows: |
| 27 | The period for Chi Mei Defendants and Direct Action Plaintiffs to meet and confer |
| 28 | regarding Chi Mei Defendants' responses to the Discovery and/or for Direct Action Plaintiffs |
| | to file a motion to compel regarding Chi Mei Defendants' responses to the Discovery is |

extended to June 7, 2013.

**IT IS SO STIPULATED.**

DATED: May 31, 2013          */s/ Philip J. Iovieno*

    William A. Isaacson
    Melissa Felder
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave. NW, Suite 800
    Washington, D.C. 20015
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131
    Email: wisaacson@bsfllp.com
           mfelder@bsfllp.com

    Philip J. Iovieno
    Anne M. Nardacci
    Luke Nikas
    Christopher V. Fenlon
    BOIES, SCHILLER & FLEXNER LLP
    10 North Pearl Street, 4th Floor
    Albany, NY 12207
    Telephone: (518) 434-0600
    Facsimile: (518) 434-0665
    Email: piovieno@bsfllp.com
           anardacci@bsfllp.com
           lnikas@bsfllp.com
           cfenlon@bsfllp.com

*Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

          */s/ Stuart H. Singer*
Stuart H. Singer
Meredith Schultz
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com
      mschultz@bsfllp.com

*Counsel for Plaintiffs Office Depot, Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; and The AASI Creditor Liquidating Trust*

          */s/ Robert W. Turken*
Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com
      mwidom@bilzin.com
      swagner@bilzin.com

*Counsel for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust*

| | |
|---|---|
| 1 | /s/ Harrison J. Frahn IV |
| 2 | |
| 3 | James G. Kreissman (SBN 206740)<br>jkreissman@stblaw.com |
| 4 | Harrison J. Frahn IV (SBN 206822)<br>hfrahn@stblaw.com |
| 5 | Jason M. Bussey (SBN 227185)<br>jbussey@stblaw.com |
| 6 | Elizabeth A. Gillen (SBN 260667)<br>egillen@stblaw.com |
| 7 | SIMPSON THACHER & BARTLETT LLP<br>2475 Hanover Street |
| 8 | Palo Alto, California 94304 |

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Jaco Electronics, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., Viewsonic Corp., NECO Alliance LLC, and Rockwell Automation, Inc. Actions Only*

/s/ Michael R. Scott

Michael R. Scott (*pro hac vice*)
Michael J. Ewart (*pro hac vice*)
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
mrs@hcmp.com; mje@hcmp.com

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

**IT IS SO ORDERED.**

Dated: ___6/10/_____, 2013

_____

Susan Illston, United States District Judge