| | |
|---|---|
| 1 | William A. Isaacson (admitted *pro hac vice*) |
| | Melissa Felder (admitted *pro hac vice*) |
| 2 | BOIES, SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Ave. NW, Suite 800 |
| 3 | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| 4 | Facsimile: (202) 237-6131 |
| | Email: wisaacson@bsfllp.com |
| 5 | mfelder@bsfllp.com |

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com
cfenlon@bsfllp.com

[Additional counsel listed in signature page]

Counsel for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corporation of America, Inc.; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance, Inc.; Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI <br><br> MDL No. 1827 |
| This Document Relates to: <br><br> *SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI <br><br> *MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI <br><br> *Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI <br><br> *Jaco Electronics, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02495-SI | CASE NOS. 3:10-cv-05458-SI; 3:11-cv-0829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-00335-SI; 3:12-cv-01426-SI; 3:12-cv-02495-SI; 3:10-cv-05625-SI; 3:10-cv-03205 SI; <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SETTING REVISED TRACK 2 DEADLINES** |

| | |
|---|---|
| 1 | *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI |
| 2 | |
| 3 | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-03856-SI |
| 4 | |
| 5 | *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI |
| 6 | |
| 7 | *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI |
| 8 | *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-SI |
| 9 | |
| 10 | *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI |
| 11 | |
| 12 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI |
| 13 | *Rockwell Automation, Inc. v. AU Optronics Corp., et al.*, 3:12-cv-02495-SI |
| 14 | |
| 15 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI |
| 16 | |
| 17 | *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, 3:10-cv-03205 SI |

Plaintiffs in the above-captioned cases (collectively, "Track 2 Cases") and Defendants in the Track 2 Cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby stipulate as follows:

WHEREAS the Track 2 Cases have been proceeding with pretrial preparation in accordance with the Court's Order dated June 12, 2013 (Dkt. No. 8076), and the deadline for service of opposition expert reports for Defendants in the Track 2 cases is presently September 24, 2013;

WHEREAS, on June 13, 2013, Plaintiffs submitted reports from their experts in the Track 2 Cases;

WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have

met and conferred and determined that extending the deadline for Defendants' experts' opposition reports will enable depositions of Plaintiffs' experts to take place at a time more convenient for the Parties, their counsel, and Plaintiffs' experts;

WHEREAS counsel for Plaintiffs and counsel for Defendants in the Track 2 cases have met and conferred and determined that Plaintiffs and Defendants should each receive a one-month extension for submitting their opposition and reply expert reports, with the result that all other unexpired deadlines would be extended to preserve approximately the same number of days previously provided for briefing and hearings under the original schedule, as set forth below;

WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will not prejudice any of the parties or the Court because trial dates have not been scheduled for any of these cases;

NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the following Track 2 case schedule:

| Event | Current Date (pursuant to June 12, 2013 Order) | Revised Date |
|---|---|---|
| Close of limited fact discovery unique to DAP and State AG cases | May 17, 2013 (this deadline previously has been amended in certain Track 2 cases) | Unchanged |
| Service of opening expert reports for plaintiffs | June 13, 2013 | Unchanged |
| Service of underlying data and Code | June 19, 2013 | Unchanged |
| Service of opposition expert Reports | September 24, 2013 | October 24, 2013 |
| Service of underlying data and Code | September 30, 2013 | October 30, 2013 |
| Plaintiffs and Defendants to Serve Proposed List of Summary Judgment Motions (Copies to be Provided to the Court) | October 22, 2013 | November 22, 2013 |

| | | |
|---|---|---|
| Plaintiffs and Defendants to Meet and Confer Over Proposed List of Summary Judgment Motions and Schedule for Same | October 25-November 11, 2013 | November 25-December 11, 2013 |
| Plaintiffs and Defendants to File with the Court Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | November 13, 2013 | December 12, 2013 |
| Service of reply expert reports | November 26, 2013 | January 27, 2014 |
| Service of underlying data and Code | December 4, 2013 | February 4, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | February 3, 2014 | April 9, 2014 |
| Service of underlying data and Code | February 9, 2014 | April 15, 2014 |
| Close of expert discovery | March 6, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Proposed Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 6, 2014 | March 27, 2014 |
| Last day to file dispositive Motions | April 4, 2014 | April 25, 2014 |
| Last day to file oppositions to dispositive motions | May 16, 2014 | June 6, 2014 |
| Last day to file reply briefs in support of dispositive motions | June 27, 2014 | July 18, 2014 |
| Last day for hearing dispositive motions | July 11, 2014 | August 1, 2014 |

Dated: August 23, 2013

        Respectfully submitted,

     By:   */s/ Philip J. Iovieno*
      William Isaacson (admitted *pro hac vice*)
      Melissa Felder (admitted *pro hac vice*)
      BOIES, SCHILLER & FLEXNER LLP
      5301 Wisconsin Avenue NW, Suite 800
      Washington, DC 20015
      Telephone: (202) 237-2727
      Facsimile: (202) 237-6131
      Email: wisaacson@bsfllp.com
        mfelder@bsfllp.com

| | |
|---|---|
| 1 | Philip J. Iovieno (admitted *pro hac vice*) |
| | Anne M. Nardacci (admitted *pro hac vice*) |
| 2 | Christopher Fenlon (admitted *pro hac vice*) |
| | BOIES, SCHILLER & FLEXNER LLP |
| 3 | 10 North Pearl Street, 4th Floor |
| | Albany, NY 12207 |
| 4 | Telephone: (518) 434-0600 |
| | Facsimile: (518) 434-0665 |
| 5 | Email: piovieno@bsfllp.com |
| | anardacci@bsfllp.com |
| 6 | cfenlon@basfllp.com |
| 7 | Stuart H. Singer (admitted *pro hac vice*) |
| | Meredith Schultz (admitted *pro hac vice*) |
| 8 | BOIES, SCHILLER, & FLEXNER LLP |
| | 401 East Las Olas Boulevard, Suite 1200 |
| 9 | Fort Lauderdale, FL 33301 |
| 10 | Telephone: (954) 356-0011 |
| | Facsimile: (954) 356-0022 |
| 11 | Email: ssinger@bsfllp.com |
| | mschultz@bsfllp.com |
| 12 | |
| 13 | *Attorneys for Plaintiffs MetroPCS Wireless, Inc.;* |
| | *Office Depot, Inc.; Interbond Corp. of America;* |
| 14 | *Schultze Agency Services, LLC; P.C. Richard & Son* |
| | *Long Island Corporation; MARTA Cooperative of* |
| 15 | *America, Inc.; ABC Appliance Inc.; Tech Data Corp.* |
| | *and Tech Data Product Management, Inc.; The AASI* |
| 16 | *Creditor Liquidating Trust; CompuCom Systems, Inc.;* |
| | *and NECO Alliance LLC* |
| 17 | |
| 18 | |
| | By: _____*/s/ Robert W. Turken*_____ |
| 19 | Robert W. Turken |
| | Mitchell E. Widon |
| 20 | Scott N. Wagner |
| | BILZIN SUMBERG BAENA PRICE & AXELROD |
| 21 | LLP |
| | 1450 Rickell Avenue, Suite 2300 |
| 22 | Miami, FL 33131-3456 |
| | Telephone: (305) 374-7580 |
| 23 | Facsimile: (305) 374-7593 |
| | Email: rturken@bilzin.com |
| 24 | mwidom@bilzin.com |
| | swagner@bilzin.com |
| 25 | |
| | *Attorneys for Plaintiffs Tech Data Corp. and Tech* |
| 26 | *Data Product Management, Inc. and The AASI* |
| | *Creditor Liquidating Trust* |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | By: _____/s/ H. Lee Godfrey_____ |
| | H. Lee Godfrey |
| 2 | Kenneth S. Marks |
| | Jonathan J. Ross |
| 3 | Johnny W. Carter |
| | SUSMAN GODFREY L.L.P. |
| 4 | 1000 Louisiana Street, Suite 5100 |
| | Houston, TX 77002 |
| 5 | Telephone: (713) 651-9366 |
| | Facsimile: (713) 654-6666 |
| 6 | Email: lgodfrey@susmangodfrey.com |
| | kmarks@susmangodfrey.com |
| 7 | jross@susmangodfrey.com |
| | jcarter@susmangodfrey.com |
| 8 | |
| | Parker C. Folse III |
| 9 | Rachel S. Black |
| | Jordan Connors |
| 10 | SUSMAN GODFREY L.L.P. |
| | 1201 Third Avenue, Suite 3800 |
| 11 | Seattle, WA 98101-3000 |
| | Telephone: (206) 516-3880 |
| 12 | Facsimile: (206) 516-3883 |
| | Email: pfolse@susmangodfrey.com |
| 13 | rblack@susmangodfrey.com |
| | jconnors@susmangodfrey.com |
| 14 | |
| | *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of* |
| 15 | *the Circuit City Stores, Inc. Liquidating Trust* |

```
                            By:      /s/ Marc M. Seltzer
                                  Marc M. Seltzer (54534)
                                  Steven G. Sklaver (237612)
                                  SUSMAN GODFREY LLP
                                  1901 Avenue of the Stars, Suite 950
                                  Los Angeles, CA  90067-6029
                                  Telephone:  (310) 789-3100
                                  Facsimile:   (310) 789-3150
                                  Email: mseltzer@susmangodfrey.com
                                           ssklaver@susmangodfrey.com

                                  Erica W. Harris
                                  SUSMAN GODFREY LLP
                                  1000 Louisiana, Suite 5100
                                  Houston, TX  77002-5096
                                  Telephone:  (713) 651-9366
                                  Facsimile:   (713) 654-6666
                                  Email: eharris@susmangodfrey.com

                                  *Attorneys for SB Liquidation Trust*


                            By:      /s/ James B. Baldinger
                                  James B. Baldinger
                                  Florida Bar No.: 869899
                                  jbaldinger@carltonfields.com
                                  Robert L. Ciotti
                                  Florida Bar No.: 333141
                                  rciotti@carltonfields.com
                                  David B. Esau
                                  Florida Bar No.: 650331
                                  desau@carltonfields.com
                                  CARLTON FIELDS, P.A.
                                  CityPlace Tower – Suite 1200
                                  525 Okeechobee Boulevard
                                  West Palm Beach, Florida 33401
                                  Telephone: (561) 659-7070
                                  Facsimile: (561) 659-7368

                                  *Counsel for TracFone Wireless, Inc*.
```

| | |
|---|---|
| | By: _____ */s/ Jerome A. Murphy* |
| | Jeffrey H. Howard *(pro hac vice)* |
| | Jerome A. Murphy *(pro hac vice)* |
| | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue, N.W. |
| | Washington, DC 20004 |
| | Telephone: (202) 624-2500 |
| | Facsimile: (202) 628-5116 |
| | Email: jhoward@crowell.com |
| | jmurphy@crowell.com |

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: jmurray@crowell.com
jlevine@crowell.com
jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: (202) 580-8822
Facsimile: (202) 580-8821
Email: adams@adamsholcomb.com
holcomb@adamsholcomb.com
leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

```
*By:      /s/ Lee F. Berger
          Holly A. House (State Bar No. 136045)
          Kevin C. McCann (State Bar No. 120874)
          Lee F. Berger (State Bar No. 222756)
          Sean Unger (State Bar No. 231694)
          PAUL HASTINGS LLP
          55 Second Street
          Twenty-Fourth Floor
          San Francisco, CA 94105
          Telephone: (415) 856-7000
          Facsimile: (415) 856-7100
          Email: kevinmccann@paulhastings.com
                 hollyhouse@paulhastings.com
                 leeberger@paulhastings.com
                 seanunger@paulhastings.com

          Brad D. Brian (State Bar No. 079001)
          Jerome C. Roth (State Bar No. 159483)
          MUNGER, TOLLES & OLSON LLP
          355 South Grand Avenue
          Los Angeles, CA 90071-1560
          Telephone: (213) 683-9100
          Facsimile: (213) 687-3702
          Email: Brad.Brian@mto.com
```

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

```
By:       /s/ Stephen P. Freccero
          Melvin R. Goldman (SBN 34097)
          Stephen P. Freccero (SBN 131093)
          Derek F. Foran (SBN 224569)
          MORRISON & FOERSTER LLP
          425 Market Street
          San Francisco, CA 94105
          Telephone: (415) 268-7000
          Facsimile: (415) 268-7522
          Email: mgoldman@mofo.com
                 sfreccero@mofo.com
                 dforan@mofo.com
```

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: _____/s/ Carl L. Blumenstein_____
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
Farschad Farzan (State Bar No. 215194)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: cnedeau@nossaman.com
       cblumenstein@nossaman.com
       ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*


By: _____/s/ Christopher M. Curran_____
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: ccurran@whitecase.com
       mtoto@whitecase.com
       jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

By: */s/ Neal A. Potischman*
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*


*/s/ Michael R. Scott*
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*


By: */s/ William S. Farmer*
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
 dbrownstein@fbj-law.com
 jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

Case No. 07-md-1827-SI — -10- — STIPULATION AND [PROPOSED] ORDER SETTING REVISED TRACK 2 DEADLINES

| | |
|---|---|
| 1 | By: _____ */s/ Rachel S. Brass* |
| 2 | Rachel S. Brass (SBN 219301)<br>Joel S. Sanders (SBN 107234) |
| 3 | Austin V. Schwing (SBN 211696<br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | 555 Mission Street, Suite 3000<br>San Francisco, California 94105 |
| 5 | (415) 393-8200 / (415) 393-8306<br>*jsanders@gibsondunn.com* |
|   | *rbrass@gibsondunn.com* |

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the SB Trust, Office Depot, Jaco Electronics, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, CompuCom, Viewsonic, and NECO Alliance Actions Only*

By: _____ /s/ Robert E. Freitas_____
Robert E. Freitas (SBN 80948)
Jason S. Angell (SBN 221607)
Jessica N. Leal (SBN 267232)
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301
Email: rfreitas@ftklaw.com
       jangell@ftklaw.com
       jleal@ftklaw.com

*Attorneys for Defendant HannStar Display Corporation*

By: _____ */s/ Jacob R. Sorensen*
Jacob R. Sorensen (SBN 209134)
John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: john.grenfell@pillsburylaw.com
       jake.sorensen@pillsburylaw.com
       fusae.nara@pillsburylaw.com
       andrew.lanphere@pillsburylaw.com

By: _____/s/ Michael W. Scarborough_____
Michael W. Scarborough (SBN 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*


By: _____/s/ Kent M. Roger_____
Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices (USA), Inc.*


By: _____/s/ Stephen Holbrook Sutro_____
George Dominic Niespolo
Stephen Holbrook Sutro
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-3010
Facsimile: (415) 957-3001
Email: gdniespolo@duanemorris.com
shsutro@duanemorris.com

*Attorneys for NEC Corporation, NEC LCD Technologies, Ltd., and Renesas Electronics America, Inc.*


*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: 8/30/13

_____
Hon. Susan Illston
United States District Judge