Robert W. Turken
Mitchell E. Widom
Scott N. Wagner
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com; mwidom@bilzin.com; swagner@bilzin.com

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee;*

[Additional counsel listed in signature page]

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN FRANCISCO DIVISION)**

In re: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION

---

This Document Relates to:

*SB Liquidation Trust v. AU Optronics Corp., et al., 3:10-cv-05458-SI*

*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al., 3:11-cv-00829-SI*

*Office Depot, Inc. v. AU Optronics Corp., et al., 3:11-cv-02225-SI*

*Jaco Electronics, Inc. v. AU Optronics Corp., et al., 3:11-cv-02495-SI*

CASE NO. M:07-md-01827-SI

MDL No. 1827

CASE NOS. 3:10-cv-05458-SI; 3:11-cv-00829-SI; 3:11-cv-02225-SI; 3:11-cv-02495-SI; 3:11-cv-03763-SI; 3:11-cv-03856-SI; 3:11-cv-04119-SI; 3:11-cv-05765-SI; 3:11-cv-05781-SI; 3:11-cv-06241-SI; 3:12-cv-01426-SI; 3:10-cv-05625-SI; 3:10-cv-03205 SI;

**STIPULATION AND [~~PROPOSED~~] ORDER SETTING TRACK 2 DEADLINES**

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

*Interbond Corp. of America v. AU Optronics Corp., et al., 3:11-cv-03763-SI*

*Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.,3:11-cv-03856-SI*

*P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al., 3:11-cv-04119-SI*

*Tech Data Corp., et al. v. AU Optronics Corp., et al., 3:11-cv-05765-SI*

*The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al., 3:11-cv-05781-SI*

*CompuCom Systems, Inc. v. AU Optronics Corp., et al., 3:11-cv-06241-SI*

*NECO Alliance LLC v. AU Optronics Corp., et al., 3:12-cv-01426-SI*

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al., 3:10-cv-05625-SI*

*Tracfone Wireless, Inc. v. AU Optronics Corporation, et al., 3:10-cv-03205-SI*

Plaintiffs in the above-captioned cases (collectively, "Track 2 cases") and Defendants in the Track 2 cases (respectively, "Plaintiffs" and "Defendants," collectively, "Parties") hereby stipulate as follows:

WHEREAS the Track 2 cases have been proceeding with pretrial preparation in accordance with the Court's Order dated September 6, 2013 (Dkt. No. 8589) and the deadline for service of reply expert reports for Defendants in the Track 2 cases is presently January 27, 2014;

WHEREAS, on October 31, 2013, Defendants submitted opposition expert reports from their experts in the Track 2 Cases;

WHEREAS counsel for Plaintiffs have requested and counsel for Defendants have agreed that Plaintiffs should receive a three-week extension for submitting their reply expert reports, with the result that all other unexpired deadlines pertaining to expert discovery would be extended to preserve approximately the same number of days previously provided for under the original schedule, as set forth below;

WHEREAS the following extensions for unexpired deadlines in the Track 2 cases will not prejudice any of the Parties or the Court because the trial dates have not been scheduled for any of these cases;

WHEREAS the Court's December 12, 2013 Stipulation and Order Setting Revised Deadlines in Track 2 Re: Summary Judgment Motion Lists (Dkt. No. 8833) set forth a schedule for the Parties to meet and confer and set January 13, 2014 as the deadline for the Parties to file with the Court a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings; and

WHEREAS the Parties have met and conferred and determined that the Parties would benefit from additional time to (1) meet and confer regarding the Proposed List of Summary Judgment Motions and Proposed Schedule for same; and (2) to file with the Court a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings;

NOW THEREFORE, IT IS HEREBY STIPULATED between counsel for Plaintiffs and counsel for Defendants in the Track 2 cases, and subject to the concurrence of the Court, that the Track 2 cases, other than the *State of Oregon* case and the *Hewlett-Packard* case, will adopt the following Track 2 case schedule:

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

| Event | Current Date (Under September 6, 2013 Order) | Revised Date |
|---|---|---|
| File a Joint List of Proposed Summary Judgment Motions and Proposed Schedule for Summary Judgment Filings | January 13, 2014[1] | January 27, 2014 |
| Service of reply expert reports | January 27, 2014 | February 14, 2014 |
| Service of underlying data and Code | February 4, 2014 | February 19, 2014 |
| Service of sur-rebuttal expert reports on downstream pass-on | April 9, 2014 | May 15, 2014 |
| Service of underlying data and Code | April 15, 2014 | May 20, 2014 |
| Last Day to File Supplemental List of Summary Judgment Motions Based Upon New Information or Issues Raised in the Reply Expert Reports | March 27, 2014 | April 21, 2014 |
| Last day to file dispositive Motions | April 25, 2014 | June 2, 2014 |
| Close of expert discovery | May 20, 2014 | June 25, 2014 |
| Last day to file oppositions to dispositive motions | June 6, 2014 | July 14, 2014 |
| Last day to file reply briefs in support of dispositive motions | July 18, 2014 | August 25, 2014 |
| Last day for hearing dispositive motions | August 1, 2014 | September 12, 2014 |

**IT IS SO STIPULATED.**

Dated: January 10, 2014

Respectfully Submitted,

By: */s/Scott N. Wagner*

ROBERT W. TURKEN
MITCHELL E. WIDOM
SCOTT N. WAGNER
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

[1] Under December 12, 2013 Stipulation and Order Setting Revised Deadlines in Track 2 Re: Summary Judgment Motion Lists (Dkt. No. 8833).



Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

E-mail: rturken@bilzin.com
mwidom@bilzin.com
swagner@bilzin.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee*

By: */s/ Philip J. Iovieno*
William Isaacson (admitted *pro hac vice*)
Melissa Felder (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
anardacci@bsfllp.com
lnikas@bsfllp.com
cfenlon@basfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

By: *[/s/ Jerome A. Murphy](#)*

Jeffrey H. Howard *(pro hac vice)*
Jerome A. Murphy *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: jhoward@crowell.com
jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: jmurray@crowell.com
jlevine@crowell.com
jstokes@crowell.com

Kenneth L. Adams *(pro hac vice)*
R. Bruce Holcomb *(pro hac vice)*
Christopher T. Leonardo *(pro hac vice)*
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC 20006
Telephone: (202) 580-8822
Facsimile: (202) 580-8821
Email: adams@adamsholcomb.com
holcomb@adamsholcomb.com
leonardo@adamsholcomb.com

*Attorneys for Plaintiffs Jaco Electronics, Inc. and Rockwell Automation, Inc., and Plaintiffs' Liaison Counsel*

By: */s/ H. Lee Godfrey*

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com
jross@susmangodfrey.com
jcarter@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
rblack@susmangodfrey.com
jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

By: */s/ Marc M. Seltzer*
Marc M. Seltzer (54534)
Steven G. Sklaver (237612)
SUSMAN GODFREY LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Erica W. Harris
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: eharris@susmangodfrey.com

*Attorneys for SB Liquidation Trust*

By: */s/ James B. Baldinger*
James B. Baldinger
Florida Bar No.: 869899
jbaldinger@carltonfields.com
Robert L. Ciotti
Florida Bar No.: 333141
rciotti@carltonfields.com
David B. Esau
Florida Bar No.: 650331
desau@carltonfields.com
CARLTON FIELDS, P.A.
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Counsel for TracFone Wireless, Inc.*

By: */s/ Lee F. Berger*
Holly A. House (State Bar No. 136045)
Kevin C. McCann (State Bar No. 120874)
Lee F. Berger (State Bar No. 222756)
Sean Unger (State Bar No. 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com
hollyhouse@paulhastings.com
leeberger@paulhastings.com
seanunger@paulhastings.com

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: */s/ Stephen P. Freccero*
Stephen P. Freccero (SBN 131093)
Melvin R. Goldman (SBN 34097)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

By: */s/ Carl L. Blumenstein*

Carl L. Blumenstein (State Bar No. 124158)
Christopher A. Nedeau (State Bar No. 81297)
Farschad Farzan (State Bar No. 215194)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: ( 415) 398-2438
Email: cnedeau@nossaman.com
cblumenstein@nossaman.com
ffarzan@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: */s/ Christopher M. Curran*

Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: ccurran@whitecase.com
mtoto@whitecase.com
jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

By: */s/ Neal A. Potischman*

Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*

*/s/ Michael R. Scott*

Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.comHILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: */s/ William S. Farmer*

William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
FARMER BROWNSTEIN JAEGER LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
dbrownstein@fbj-law.com
jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Actions Only*

By: /s/ Rachel S. Brass

Rachel S. Brass (SBN 219301)
Joel S. Sanders (SBN 107234)
Austin V. Schwing (SBN 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
(415) 393-8200 / (415) 393-8306
*jsanders@gibsondunn.com*
*rbrass@gibsondunn.com*

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the BrandsMart, Office Depot, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, CompuCom, Viewsonic, and NECO Alliance Actions Only*

By: /s/ Harrison J. Frahn IV

James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
Jason M. Bussey (SBN 227185)
Elizabeth A. Gillen (SBN 260667)
Melissa D. Schmidt (SBN 266487)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
jkreissman@stblaw.com
hfrahn@stblaw.com
jbussey@stblaw.com
egillen@stblaw.com
melissa.schmidt@stblaw.com

*Attorneys for Defendant HannStar Display Corporation*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

By: */s/ Jacob R. Sorensen*
Jacob R. Sorensen (SBN 209134)
John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com
fusae.nara@pillsburylaw.com
andrew.lanphere@pillsburylaw.com

*Attorneys for Defendants SHARP CORPORATION and SHARP ELECTRONICS CORPORATION*

By: */s/ Michael W. Scarborough*
Michael W. Scarborough (SBN 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: 1/14/14

Hon. Susan Illston
United States District Judge



Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456