1 Carl L. Blumenstein (CA Bar No. 124158)
  NOSSAMAN LLP
2 50 California Street, 34th Floor
  San Francisco, CA 94111
3 Telephone: (415) 398-3600
  Facsimile: (415) 398-2438
4 Email: cblumenstein@nossaman.com

5 *Defendants' Liaison Counsel*

6 Philip J. Iovieno (admitted *pro hac vice*)
  BOIES, SCHILLER & FLEXNER LLP
7 10 North Pearl Street, 4th Floor
  Albany, NY 12207
8 Telephone: (518) 434-0600
  Facsimile: (518) 434-0665
9 Email: piovieno@bsfllp.com

10 *Attorneys for Certain Plaintiffs and on Behalf of All Track*
   *2 Plaintiffs*
11

12           UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16 IN RE: TFT-LCD (FLAT PANEL)          CASE NO. M:07-md-01827-SI
   ANTITRUST LITIGATION
17                                       MDL NO. 1827

18
   This Document Relates to:           CASE NOS. 3:10-cv-05458-SI;
19                                      3:11-cv-0829-SI; 3:11-cv-02225-SI;
   *SB Liquidation Trust v. AU Optronics Corp.,*   3:11-cv-02495-SI; 3:11-cv-03763-SI;
20 *et al.*, 3:10-cv-05458-SI           3:11-cv-03856-SI; 3:11-cv-04119-SI;
                                        3:11-cv-05765-SI; 3:11-cv-05781-SI;
21 *MetroPCS Wireless, Inc. v. AU Optronics*   3:11-cv-06241-SI 3:12-cv-01426-SI;
   *Corp., et al.*, 3:11-cv-00829-SI    3:10-cv-05625-SI; 3:10-CV-03205 SI
22
   *Office Depot, Inc. v. AU Optronics Corp., et*   **STIPULATION AND [~~PROPOSED~~]**
23 *al.*, 3:11-cv-02225-SI              **ORDER REGARDING SUMMARY**
                                        **JUDGMENT SCHEDULE**
24 *Jaco Electronics, Inc. v. AU Optronics Corp.,*
   *et al.*, 3:11-cv-02495-SI
25

26

27

28

1  *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI

2

3  *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*,

4  3:11-cv-03856-SI

5  *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-

6  SI

7  *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI

8

9  *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-

10  SI

11  *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI

12

13  *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI

14  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI

15

16  *Tracfone Wireless, Inc. v. AU Optronics Corporation, et al.*, 3:10-cv-03205 SI

17

18

19  Plaintiffs in the above-captioned cases, which exclude the *State of Oregon* case and the

20  *Hewlett-Packard* case (collectively, "Track 2 Cases") and Defendants in the Track 2 Cases

21  (collectively, the "Parties") hereby stipulate as follows:

22  WHEREAS the Parties have met and conferred regarding the Proposed List of Summary

23  Judgment Motions and Schedule;

24  WHEREAS the Parties continue to negotiate stipulations that, if executed, would result in

25  resolving or limiting some of the summary judgment motions listed below;

26  WHEREAS the Parties have agreed to set a schedule for certain summary judgment

27  motions; and

28

-1-

WHEREAS the Parties have also met and conferred regarding a schedule for *Daubert* motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, and subject to the availability and concurrence of the Court, that the Track 2 cases will adopt the following schedule for summary judgment motions in Track 2:

| Phase 1 | Date |
|---|---|
| Last day to file Phase 1 dispositive motions | March 18, 2014 |
| Last day to file oppositions to Phase 1 dispositive motions | April 29, 2014 |
| Last day to file reply briefs in support of Phase 1 dispositive motions | June 10, 2014 |
| Hearing on Phase 1 dispositive motions | June 27, 2014 |
| **Phase 2** | |
| Last day to file Phase 2 dispositive motions | May 1, 2014 |
| Last day to file oppositions to Phase 2 dispositive motions | June 12, 2014 |
| Last day to file reply briefs in support of Phase 2 dispositive motions | July 24, 2014 |
| Hearing on Phase 2 dispositive motions | August 8, 2014 |
| **Phase 3** | |
| Last day to file Phase 3 dispositive motions | June 2, 2014 |
| Last day to file oppositions to Phase 3 dispositive motions | July 14, 2014 |
| Last day to file reply briefs in support of Phase 3 dispositive motions | August 25, 2014 |
| Hearing on Phase 3 dispositive motions | September 12, 2014 |

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by the Defendants will be in Phase 1:

1. Certain of Plaintiffs' state-law claims should be dismissed on choice of law and/or due process grounds.

2. Plaintiffs seek damages based on purchases of LCD Products containing LCD Panels that were not manufactured by Defendants or alleged co-conspirators.

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

3.  Plaintiffs' claims and alleged damages relating to "lost sales" are barred because Plaintiffs have failed to provide evidence from which they could establish damages based on "lost sales."

4.  Plaintiffs cannot recover from purported conspirators or for claims based on sales by purported conspirators they did not identify in relevant discovery responses and/or which their experts did not analyze.

5.  Plaintiffs lack antitrust standing under Associated General Contractors.

6.  AASI is barred from seeking damages for purchases for which it cannot prove that it paid.

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by Defendants will be in Phase 2:

1.  Certain of Plaintiffs' state-law claims should be dismissed because the plaintiffs do not satisfy one or more elements of the claim or are not entitled to any available remedy.

2.  Plaintiffs cannot recover for claims for purchases of STN-LCD panels.

3.  Plaintiffs' claims against certain Defendants are barred because those Defendants did not participate in a price-fixing conspiracy with respect to small, medium and/or large panels.

4.  Certain plaintiffs have failed to bring certain claims within the applicable limitations period.

5.  TracFone cannot recover for damages exceeding the amount of any overcharge.

6.  TracFone's purchases from LG Electronics should be dismissed.

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by Defendants will be in Phase 3:

1.  Certain of Plaintiffs' alleged damages are barred because they successfully passed through to their customers any alleged overcharge on purchases of LCD Products.

2.  Certain alleged co-conspirators did not participate in the price-fixing conspiracy plaintiffs allege and purchases from these entities cannot be included in plaintiffs'

damages. Defendants will not raise this motion as to Fujitsu.

3. Plaintiffs cannot prove that Toshiba participated in the alleged price-fixing conspiracy or can be held liable for the acts of others, or plaintiffs cannot prove that certain defendants participated in the alleged "crystal conspiracy" or in any "overarching" or multilateral conspiracy comparable to the "crystal conspiracy."

4. Certain plaintiffs' federal claims are barred because they lack standing pursuant to Illinois Brick Co. v. Illinois, 431 U.S. 720 (1977). This motion is limited to arguments that (1) SB Trust, MARTA, AASI and NECO do not have standing to bring Sherman Act I Clayton Act claims under Illinois Brick, and (2) plaintiffs cannot prove ownership and control over certain entities.

5. All of Plaintiffs' claims against the Toshiba entities should be dismissed because they are precluded by the judgment in *Best Buy Co., Inc. v. Toshiba Corp.*, Case No. 12-cv-4114.

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence of the Court, that the following summary judgment topics identified by Plaintiffs will be in Phase 3:

1. Certain Defendants participated in and/or are liable for the alleged conspiracy.

2. Certain of Plaintiffs' alleged damages are allowable because Plaintiffs purchased LCD Products from certain alleged affiliates of Defendants and co-conspirators, and such alleged affiliates are owned or controlled by a Defendant or co-conspirator.

IT IS FURTHER STIPULATED among the Parties that the Parties will conclude negotiations regarding and file stipulations regarding resolution or narrowing of any of the above summary judgment motions no later than February 18, 2014;

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence and availability of the Court, that the following schedule will apply to any *Daubert* motions filed by Defendants as to Plaintiffs' experts Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

| | |
|---|---|
| Last day to hold depositions of Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell | May 5, 2014 |
| Last day to file *Daubert* motions | May 29, 2014 |
| Last day to file oppositions to *Daubert* motions | July 10, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | August 21, 2014 |
| Hearing on *Daubert* motions | September 5, 2014 |

IT IS FURTHER STIPULATED among the Parties, and subject to the concurrence and availability of the Court, that the following schedule will apply to any *Daubert* motion as to any Track 2 expert except for Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

| | |
|---|---|
| Last day to file *Daubert* motions | July 29, 2014 |
| Last day to file oppositions to *Daubert* motions | September 9, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | October 21, 2014 |
| Hearing on *Daubert* motions | November 7, 2014 |

Notwithstanding the schedule above, the Parties agree that any *Daubert* motion that regards any expert appearing only in a single case that will be remanded to a transferor court for trial purposes will be heard by that transferor court.

Dated: January 28, 2014

Respectfully submitted,

-5-

By: _____ /s/ Jerome A. Murphy _____
Jeffrey H. Howard (pro hac vice)
Jerome A. Murphy (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: jhoward@crowell.com
       jmurphy@crowell.com

Jason C. Murray (CA Bar No. 169806)
Janet I. Levine (CA Bar No. 94255)
Joshua C. Stokes (CA Bar No. 220214)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA  90071
Telephone:  (213) 622-4750
Facsimile:  (213) 622-2690
Email: jmurray@crowell.com
       jlevine@crowell.com
       jstokes@crowell.com

Kenneth L. Adams (pro hac vice)
R. Bruce Holcomb (pro hac vice)
Christopher T. Leonardo (pro hac vice)
ADAMS HOLCOMB LLP
1875 Eye Street NW
Washington, DC  20006
Telephone:  (202) 580-8822
Facsimile:  (202) 580-8821
Email: adams@adamsholcomb.com
       holcomb@adamsholcomb.com
       leonardo@adamsholcomb.com

Attorneys for Plaintiffs Jaco Electronics, Inc. and
Rockwell Automation, Inc., and Plaintiffs' Liaison
Counsel

By: _____ /s/ Philip J. Iovieno _____
William Isaacson (admitted pro hac vice)
Melissa Felder (admitted pro hac vice)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email: wisaacson@bsfllp.com
       mfelder@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
Luke Nikas (admitted *pro hac vice*)
Christopher Fenlon (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
          anardacci@bsfllp.com
          lnikas@bsfllp.com
          cfenlon@basfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.;*
*Office Depot, Inc.; Interbond Corp. of America;*
*Schultze Agency Services, LLC; P.C. Richard & Son*
*Long Island Corporation; MARTA Cooperative of*
*America, Inc.; ABC Appliance Inc.; Tech Data Corp.*
*and Tech Data Product Management, Inc.; The AASI*
*Creditor Liquidating Trust; CompuCom Systems, Inc.;*
*and NECO Alliance LLC*


By: _____ */s/ Robert W. Turken*_____
      Robert W. Turken
      Mitchell E. Widon
      Scott N. Wagner
      BILZIN SUMBERG BAENA PRICE & AXELROD
      LLP
      1450 Rickell Avenue, Suite 2300
      Miami, FL  33131-3456
      Telephone:  (305) 374-7580
      Facsimile:   (305) 374-7593
      Email: rturken@bilzin.com
                mwidom@bilzin.com
                swagner@bilzin.com

*Attorneys for Plaintiffs Tech Data Corp. and Tech*
*Data Product Management, Inc. and The AASI*
*Creditor Liquidating Trust*

By: _____/s/ H. Lee Godfrey_____
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@susmangodfrey.com
       kmarks@susmangodfrey.com
       jross@susmangodfrey.com
       jcarter@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
       rblack@susmangodfrey.com
       jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

By: _____ /s/ Marc M. Seltzer _____
    Marc M. Seltzer (54534)
    Steven G. Sklaver (237612)
    SUSMAN GODFREY LLP
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA  90067-6029
    Telephone:  (310) 789-3100
    Facsimile:  (310) 789-3150
    Email: mseltzer@susmangodfrey.com
          ssklaver@susmangodfrey.com

    Erica W. Harris
    SUSMAN GODFREY LLP
    1000 Louisiana, Suite 5100
    Houston, TX  77002-5096
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666
    Email: eharris@susmangodfrey.com

    *Attorneys for SB Liquidation Trust*


By: _____ /s/ James B. Baldinger _____
    James B. Baldinger
    Florida Bar No.: 869899
    jbaldinger@carltonfields.com
    Robert L. Ciotti
    Florida Bar No.: 333141
    rciotti@carltonfields.com
    David B. Esau
    Florida Bar No.: 650331
    desau@carltonfields.com
    CARLTON FIELDS, P.A.
    CityPlace Tower – Suite 1200
    525 Okeechobee Boulevard
    West Palm Beach, Florida 33401
    Telephone: (561) 659-7070
    Facsimile: (561) 659-7368

    *Counsel for TracFone Wireless, Inc.*

By: _____/s/ Lee F. Berger_____
    Holly A. House (State Bar No. 136045)
    Kevin C. McCann (State Bar No. 120874)
    Lee F. Berger (State Bar No. 222756)
    Sean Unger (State Bar No. 231694)
    PAUL HASTINGS LLP
    55 Second Street
    Twenty-Fourth Floor
    San Francisco, CA 94105
    Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
    Email: kevinmccann@paulhastings.com
          hollyhouse@paulhastings.com
          leeberger@paulhastings.com
          seanunger@paulhastings.com

    Brad D. Brian (State Bar No. 079001)
    Jerome C. Roth (State Bar No. 159483)
    MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
    Los Angeles, CA 90071-1560
    Telephone: (213) 683-9100
    Facsimile: (213) 687-3702
    Email: Brad.Brian@mto.com

    *Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _____/s/ Stephen P. Freccero_____
    Melvin R. Goldman (SBN 34097)
    Stephen P. Freccero (SBN 131093)
    Derek F. Foran (SBN 224569)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105
    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522
    Email: mgoldman@mofo.com
          sfreccero@mofo.com
          dforan@mofo.com

    *Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: _____/s/ Carl L. Blumenstein_____
        Carl L. Blumenstein (State Bar No. 124158)
        Christopher A. Nedeau (State Bar No. 81297)
        Farschad Farzan (State Bar No. 215194)
        NOSSAMAN LLP
        50 California Street, 34th Floor
        San Francisco, CA 94111
        Telephone: (415) 398-3600
        Facsimile: ( 415) 398-2438
        Email: cnedeau@nossaman.com
                cblumenstein@nossaman.com
                ffarzan@nossaman.com

        *Attorneys for Defendants AU Optronics Corporation*
        *and AU Optronics Corporation America*


By: _____/s/ Christopher M. Curran_____
        Christopher M. Curran *(pro hac vice)*
        Martin M. Toto *(pro hac vice)*
        John H. Chung *(pro hac vice)*
        WHITE & CASE LLP
        1155 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 819-8200
        Facsimile: (212) 354-8113
        Email: ccurran@whitecase.com
                mtoto@whitecase.com
                jchung@whitecase.com

        *Attorneys for Toshiba Corporation, Toshiba Mobile*
        *Display Co., Ltd., Toshiba America Electronic*
        *Components, Inc. and Toshiba America Information*
        *Systems, Inc.*

Case No. M:07-md-01827-SI

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE

By: _____/s/ Neal A. Potischman_____
Neal A. Potischman (SBN 254862)
neal.potischman@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,
and Chi Mei Optoelectronics USA, Inc. for the Office
Depot, Inc., Interbond Corp. of America, Schultze
Agency Services, LLC, P.C. Richard & Son Long
Island Corp., et al., Tech Data Corp., et al., The AASI
Creditor Liquidating Trust, CompuCom Systems, Inc.,
and NECO Alliance LLC Actions Only*


_____/s/ Michael R. Scott_____
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation
(n/k/a Innolux Corporation), CMO Japan Co., Ltd.,
and Chi Mei Optoelectronics USA, Inc. for the
MetroPCS Wireless, Inc. Action Only*


By: _____/s/ William S. Farmer_____
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
        dbrownstein@fbj-law.com
        jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the
MetroPCS Wireless Action Only*

By: _____ /s/ Rachel S. Brass _____
Rachel S. Brass (SBN 219301)
Joel S. Sanders (SBN 107234)
Austin V. Schwing (SBN 211696
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
(415) 393-8200 / (415) 393-8306
jsanders@gibsondunn.com
rbrass@gibsondunn.com

*Attorneys for Defendants Chunghwa Picture Tubes,
Ltd. in the Office Depot, Jaco Electronics, TracFone,
Interbond, Schultze Agency Services, PC Richard,
Tech Data, AASI Creditor Liquidating Trust, and
CompuCom Actions Only*

By: _____ /s/ Harrison J. Frahn IV _____
James G. Kreissman (SBN 206740)
Harrison J. Frahn IV (SBN 206822)
Jason M. Bussey (SBN 227185)
Elizabeth A. Gillen (SBN 260667)
Melissa D. Schmidt (SBN 266487)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover St.
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5001
jkreissman@stblaw.com
hfrahn@stblaw.com
jbussey@stblaw.com
egillen@stblaw.com
melissa.schmidt@stblaw.com

*Attorneys for Defendant HannStar Display
Corporation*

By: _____ /s/ Jacob R. Sorensen _____
Jacob R. Sorensen (SBN 209134)
John M. Grenfell (SBN 88500)
Fusae Nara (*pro hac vice*)
Andrew D. Lanphere (SBN 191479)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: john.grenfell@pillsburylaw.com
jake.sorensen@pillsburylaw.com
fusae.nara@pillsburylaw.com
andrew.lanphere@pillsburylaw.com

-13-

By: _____/s/ Michael W. Scarborough_____
Michael W. Scarborough (SBN 203524)
SHEPPARD MULLIN RICHTER & HAMPTON
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: mscarborough@sheppardmullin.com

*Attorneys for Defendants Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

By: _____/s/ Kent M. Roger_____
Kent M. Roger (Bar No. 95987)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices (USA), Inc.*

By: _____/s/ Stephen Holbrook Sutro_____
George Dominic Niespolo
Stephen Holbrook Sutro
DUANE MORRIS LLP
One Market , Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: (415) 957-3010
Facsimile: (415) 957-3001
Email: gdniespolo@duanemorris.com
        shsutro@duanemorris.com

*Attorneys for NEC Corporation, NEC LCD Technologies, Ltd., and Renesas Electronics America, Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: _____1/28/14_____          _____
                                      Hon. Susan Illston
                                      United States District Judge

LEGAL_US_W # 77542011

Case No. M:07-md-01827-SI

STIPULATION AND [PROPOSED] ORDER
REGARDING SUMMARY JUDGMENT
SCHEDULE