1  Carl L. Blumenstein (CA Bar No. 124158)
   NOSSAMAN LLP
2  50 California Street, 34th Floor
   San Francisco, CA 94111
3  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
4  Email: cblumenstein@nossaman.com

5  *Defendants' Liaison Counsel*

6  Philip J. Iovieno (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
7  30 South Pearl Street, 11th Floor
   Albany, NY 12207
8  Telephone: (518) 434-0600
   Facsimile: (518) 434-0665
9  Email: piovieno@bsfllp.com

10 *Attorneys for Certain Direct Action Plaintiffs*

11 [additional counsel listed on the signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE NO. M:07-md-01827-SI<br><br>MDL NO. 1827 |
| This Document Relates to:<br><br>*SB Liquidation Trust v. AU Optronics Corp., et al.*, 3:10-cv-05458-SI<br><br>*MetroPCS Wireless, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-00829-SI<br><br>*Office Depot, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-02225-SI | CASE NOS. 3:10-cv-05458-SI;<br>3:11-cv-0829-SI; 3:11-cv-02225-SI;<br>3:11-cv-03763-SI; 3:11-cv-03856-SI;<br>3:11-cv-04119-SI; 3:11-cv-05765-SI;<br>3:11-cv-05781-SI; 3:11-cv-06241-SI;<br>3:12-cv-01426-SI; 3:10-cv-05625-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** |

| | |
|---|---|
| 1 | *Interbond Corp. of America v. AU Optronics Corp., et al.*, 3:11-cv-03763-SI |
| 2 | |
| 3 | *Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC, v. AU Optronics Corp., et al.*, 3:11-cv-03856-SI |
| 4 | |
| 5 | *P.C. Richard & Son Long Island Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-04119-SI |
| 6 | |
| 7 | *Tech Data Corp., et al. v. AU Optronics Corp., et al.*, 3:11-cv-05765-SI |
| 8 | |
| 9 | *The AASI Creditor Liquidating Trust, by and through Kenneth A. Welt, Liquidating Trustee v. AU Optronics Corp., et al.*, 3:11-cv-05781-SI |
| 10 | |
| 11 | *CompuCom Systems, Inc. v. AU Optronics Corp., et al.*, 3:11-cv-06241-SI |
| 12 | |
| 13 | *NECO Alliance LLC v. AU Optronics Corp., et al.*, 3:12-cv-01426-SI |
| 14 | |
| 15 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. AU Optronics Corp., et al.*, 3:10-cv-05625-SI |

Plaintiffs and Defendants in the above-captioned cases (collectively, the "Parties") state as follows:

The Parties have met and conferred in good faith regarding the scheduling of Plaintiffs' experts' depositions, and recognize that the experts' schedules make it difficult to hold depositions during the time period set out in the Stipulation and Order Regarding Summary Judgment Schedule (entered January 28, 2014) ("Scheduling Order"); and

The Parties have agreed to a one week extension to the deadline for expert depositions and *Daubert* motions to accommodate Plaintiffs' experts' schedules;

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that, subject to the Court's concurrence and availability, that the Scheduling Order is amended such that the following schedule will apply to the rebuttal depositions of Plaintiffs' experts and to any *Daubert*

motions filed by Defendants as to Plaintiffs' experts Dr. Bernheim, Dr. Marx, Dr. Fontecchio, and Mr. Stowell:

| | |
|---|---|
| Last day to hold depositions of Dr. Bernheim, Dr. Fontecchio, and Mr. Stowell | May 12, 2014 |
| Last day to file *Daubert* motions | June 5, 2014 |
| Last day to file oppositions to *Daubert* motions | July 17, 2014 |
| Last day to file reply briefs in support of *Daubert* motions | August 28, 2014 |
| Hearing on *Daubert* motions | September 12, 2014 |

The Parties do not intend any other amendment to the Scheduling Order.

Dated: April 4, 2014

Respectfully submitted,

By: _____/s/ Philip J. Iovieno_____
William Isaacson (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com


Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
          anardacci@bsfllp.com

*Attorneys for Plaintiffs MetroPCS Wireless, Inc.; Office Depot, Inc.; Interbond Corp. of America; Schultze Agency Services, LLC; P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; ABC Appliance Inc.; Tech Data Corp. and Tech Data Product Management, Inc.; The AASI Creditor Liquidating Trust; CompuCom Systems, Inc.; and NECO Alliance LLC*

| | |
|---|---|
| 1 | |
| 2 | By: _____ */s/ Scott N. Wagner*_____ |
| | Robert W. Turken |
| 3 | Mitchell E. Widom |
| | Scott N. Wagner |
| 4 | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| 5 | 1450 Brickell Avenue, Suite 2300 |
| | Miami, FL 33131-3456 |
| 6 | Telephone: (305) 374-7580 |
| | Facsimile: (305) 374-7593 |
| 7 | Email: rturken@bilzin.com |
| | mwidom@bilzin.com |
| | swagner@bilzin.com |
| 8 | |
| 9 | *Attorneys for Plaintiffs Tech Data Corp. and Tech Data Product Management, Inc. and The AASI Creditor Liquidating Trust* |
| 10 | |
| 11 | By: _____ */s/ H. Lee Godfrey*_____ |
| | H. Lee Godfrey |
| 12 | Kenneth S. Marks |
| | Jonathan J. Ross |
| 13 | Johnny W. Carter |
| | SUSMAN GODFREY L.L.P. |
| 14 | 1000 Louisiana Street, Suite 5100 |
| | Houston, TX 77002 |
| 15 | Telephone: (713) 651-9366 |
| | Facsimile: (713) 654-6666 |
| 16 | Email: lgodfrey@susmangodfrey.com |
| | kmarks@susmangodfrey.com |
| 17 | jross@susmangodfrey.com |
| | jcarter@susmangodfrey.com |
| 18 | |
| | Parker C. Folse III |
| 19 | Rachel S. Black |
| | Jordan Connors |
| 20 | SUSMAN GODFREY L.L.P. |
| | 1201 Third Avenue, Suite 3800 |
| 21 | Seattle, WA 98101-3000 |
| | Telephone: (206) 516-3880 |
| 22 | Facsimile: (206) 516-3883 |
| | Email: pfolse@susmangodfrey.com |
| 23 | rblack@susmangodfrey.com |
| | jconnors@susmangodfrey.com |
| 24 | |
| 25 | *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** -3- CASE NO. M:07-MD-01827-SI

| | |
|---|---|
| 1 | By: _/s/ Marc M. Seltzer_ |
| | Marc M. Seltzer (54534) |
| 2 | Steven G. Sklaver (237612) |
| | SUSMAN GODFREY LLP |
| 3 | 1901 Avenue of the Stars, Suite 950 |
| | Los Angeles, CA 90067-6029 |
| 4 | Telephone: (310) 789-3100 |
| | Facsimile: (310) 789-3150 |
| 5 | Email: mseltzer@susmangodfrey.com |
| | ssklaver@susmangodfrey.com |
| 6 | |
| | Erica W. Harris |
| 7 | SUSMAN GODFREY LLP |
| | 1000 Louisiana, Suite 5100 |
| 8 | Houston, TX 77002-5096 |
| | Telephone: (713) 651-9366 |
| 9 | Facsimile: (713) 654-6666 |
| | Email: eharris@susmangodfrey.com |
| 10 | |
| | *Attorneys for SB Liquidation Trust* |
| 11 | |
| 12 | |
| | By: _/s/ James B. Baldinger_ |
| 13 | James B. Baldinger |
| | Florida Bar No.: 869899 |
| 14 | jbaldinger@carltonfields.com |
| | Robert L. Ciotti |
| 15 | Florida Bar No.: 333141 |
| | rciotti@carltonfields.com |
| 16 | David B. Esau |
| | Florida Bar No.: 650331 |
| 17 | desau@carltonfields.com |
| | CARLTON FIELDS, P.A. |
| 18 | CityPlace Tower – Suite 1200 |
| | 525 Okeechobee Boulevard |
| 19 | West Palm Beach, Florida 33401 |
| | Telephone: (561) 659-7070 |
| 20 | Facsimile: (561) 659-7368 |
| 21 | *Counsel for TracFone Wireless, Inc*. |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** -4- CASE NO. M:07-MD-01827-SI

By: _/s/ Lee F. Berger_
Holly A. House (State Bar No. 136045)
Kevin C. McCann (State Bar No. 120874)
Lee F. Berger (State Bar No. 222756)
Sean Unger (State Bar No. 231694)
PAUL HASTINGS LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: kevinmccann@paulhastings.com
hollyhouse@paulhastings.com
leeberger@paulhastings.com
seanunger@paulhastings.com

Brad D. Brian (State Bar No. 079001)
Jerome C. Roth (State Bar No. 159483)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: Brad.Brian@mto.com

*Attorneys for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _/s/ Stephen P. Freccero_
Melvin R. Goldman (SBN 34097)
Stephen P. Freccero (SBN 131093)
Derek F. Foran (SBN 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: mgoldman@mofo.com
sfreccero@mofo.com
dforan@mofo.com

*Attorneys for Defendants Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** -5- CASE NO. M:07-MD-01827-SI

| | |
|---|---|
| 1 | By: _____*/s/ Carl L. Blumenstein*_____ |
| | Carl L. Blumenstein (State Bar No. 124158) |
| 2 | Christopher A. Nedeau (State Bar No. 81297) |
| | Farschad Farzan (State Bar No. 215194) |
| 3 | NOSSAMAN LLP |
| | 50 California Street, 34th Floor |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 398-3600 |
| 5 | Facsimile: ( 415) 398-2438 |
| | Email: cnedeau@nossaman.com |
| 6 | cblumenstein@nossaman.com |
| | ffarzan@nossaman.com |

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: _____*/s/ Christopher M. Curran*_____
Christopher M. Curran *(pro hac vice)*
Martin M. Toto *(pro hac vice)*
John H. Chung *(pro hac vice)*
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: ccurran@whitecase.com
mtoto@whitecase.com
jchung@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

| | |
|---|---|
| 1 | By: _/s/ Neal A. Potischman_<br>Neal A. Potischman (SBN 254862)<br>neal.potischman@davispolk.com |
| 2 | DAVIS POLK & WARDWELL LLP |
| 3 | 1600 El Camino Real<br>Menlo Park, California 94025 |
| 4 | Telephone: (650) 752-2000<br>Facsimile: (650) 752-2111 |

*Counsel for Defendants Chi Mei Optoelectronics Corp. (n/k/a Innolux Corporation), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd. for the Office Depot, Inc., Interbond Corp. of America, Schultze Agency Services, LLC, P.C. Richard & Son Long Island Corp., et al., Tech Data Corp., et al., The AASI Creditor Liquidating Trust, CompuCom Systems, Inc., and NECO Alliance LLC Actions Only*

_/s/ Michael R. Scott_
Michael R. Scott (pro hac vice)
mrs@hcmp.com
Michael J. Ewart (pro hac vice)
mje@hcmp.com
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789

*Counsel for Chi Mei Optoelectronics Corporation (n/k/a Innolux Corporation), CMO Japan Co., Ltd., and Chi Mei Optoelectronics USA, Inc. for the MetroPCS Wireless, Inc. Action Only*

By: _/s/ William S. Farmer_
William S. Farmer (SBN 46694)
David C. Brownstein (SBN 141929)
Jacob P. Alpren (SBN 235713)
Farmer Brownstein Jaeger LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Telephone: (415) 795-2050
Email: wfarmer@fbj-law.com
 dbrownstein@fbj-law.com
 jalpren@fbj-law.com

*Counsel for Chunghwa Picture Tubes, Ltd. in the MetroPCS Wireless Action Only*

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** -7- CASE NO. M:07-MD-01827-SI

By: _____*/s/ Rachel S. Brass*_____
   Rachel S. Brass (SBN 219301)
   Joel S. Sanders (SBN 107234)
   Austin V. Schwing (SBN 211696
   GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
   San Francisco, California 94105
   (415) 393-8200 / (415) 393-8306
   *jsanders@gibsondunn.com*
   *rbrass@gibsondunn.com*

   *Attorneys for Defendants Chunghwa Picture Tubes, Ltd. in the Office Depot, Jaco Electronics, TracFone, Interbond, Schultze Agency Services, PC Richard, Tech Data, AASI Creditor Liquidating Trust, and CompuCom Actions Only*

By: _____/s/ Harrison J. Frahn IV_____
   James G. Kreissman (SBN 206740)
   Harrison J. Frahn IV (SBN 206822)
   Jason M. Bussey (SBN 227185)
   Elizabeth A. Gillen (SBN 260667)
   Melissa D. Schmidt (SBN 266487)
   SIMPSON THACHER & BARTLETT LLP
   2475 Hanover St.
   Palo Alto, California 94304
   Telephone: (650) 251-5000
   Facsimile: (650) 251-5001
   jkreissman@stblaw.com
   hfrahn@stblaw.com
   jbussey@stblaw.com
   egillen@stblaw.com
   melissa.schmidt@stblaw.com

   *Attorneys for Defendant HannStar Display Corporation*

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE**

-8-

CASE NO. M:07-MD-01827-SI

| | |
|---|---|
| 1 | By: */s/ Jacob R. Sorensen* |
| 2 | Jacob R. Sorensen (SBN 209134)<br>John M. Grenfell (SBN 88500) |
| 3 | Fusae Nara (*pro hac vice*)<br>Andrew D. Lanphere (SBN 191479) |
| 4 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Four Embarcadero Center, 22nd Floor |
| 5 | San Francisco, CA 94111<br>Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200<br>Email: john.grenfell@pillsburylaw.com |
| 7 | jake.sorensen@pillsburylaw.com<br>fusae.nara@pillsburylaw.com<br>andrew.lanphere@pillsburylaw.com |
| 8 | |
| 9 | *Attorneys for Defendants Sharp Corporation and Sharp Electronics Corporation* |
| 10 | By: */s/ Kent M. Roger* |
| 11 | Kent M. Roger (Bar No. 95987)<br>MORGAN LEWIS & BOCKIUS LLP |
| 12 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 13 | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 14 | Email: kroger@morganlewis.com |
| 15 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) and Hitachi Electronic Devices (USA), Inc.* |
| 16 | |
| 17 | By: */s/ Stephen Holbrook Sutro* |
| 18 | George Dominic Niespolo<br>Stephen Holbrook Sutro |
| 19 | DUANE MORRIS LLP<br>One Market , Spear Tower, Suite 2200 |
| 20 | San Francisco, CA 94105<br>Telephone: (415) 957-3010 |
| 21 | Facsimile: (415) 957-3001<br>Email: gdniespolo@duanemorris.com |
| 22 | shsutro@duanemorris.com |
| 23 | *Attorneys for NEC Corporation, NEC LCD Technologies, Ltd., and Renesas Electronics America, Inc.* |

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** -9- CASE NO. M:07-MD-01827-SI

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO ORDERED.**

Dated: 4/7/14

*Susan Illston*
Hon. Susan Illston
United States District Judge

**STIPULATION AND [PROPOSED] ORDER REGARDING TRACK 2 EXPERT DEPOSITIONS AND DAUBERT MOTIONS SCHEDULE** -10- CASE NO. M:07-MD-01827-SI